**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Baillie Lumber Co.,

Plaintiff,

vs.

Woodline Manufacturing, Inc.;
Gary Winkler; Lauren Everson; and
John P. Baxter,

Defendants.

Civil No. 00-CV-1754 RHK/RLE

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and among the parties signing below, through their respective counsel, that defendants Woodline Manufacturing, Inc., Gary Winkler, Lauren Everson and John P. Baxter shall have until August 28, 2000 to answer or otherwise respond to plaintiff Baillie Lumber Co.'s Complaint.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

DATED: August 17, 2000

By: David Mitchell

David L. Mitchell (#73854)
Thomas C. Mahlum (#025391)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR DEFENDANTS WOODLINE MANUFACTURING, INC., GARY WINKLER, LAUREN EVERSON AND JOHN P. BAXTER

WORD 1416050.1

ORIGINAL

FILED AUG 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FAEGRE & BENSON, LLP

Dated: August 17, 2000

By: ______________________
Charles F. Webber (#215247)
Jason K. Walbourn (#297604)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR PLAINTIFF BAILLIE LUMBER CO.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing Stipulation, defendants Woodline Manufacturing, Inc., Gary Winkler, Lauren Everson and John P. Baxter shall have until August 28, 2000, to answer or otherwise respond to the Complaint of plaintiff Baillie Lumber Co. in this matter.

BY THE COURT:

DATED: August 21, 2000

______________________
Judge of the U.S. District Court

WORD 1416050.1