**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Baillie Lumber Co.,

Plaintiff,

vs.

Woodline Manufacturing, Inc.;
Gary Winkler; Lauren Everson; and
John P. Baxter,

Defendants.

Civil No. 00-CV-1754 RHK/RLE

**ORDER**

This matter came before the Court on the parties' stipulation to an order granting plaintiff Baillie Lumber Company leave to amend its Complaint in this case under Fed. R. Civ. P. 15(a).

Based on all the files, records, and proceedings, and the parties' stipulation,

IT IS HEREBY ORDERED that plaintiff Baillie Lumber Company is hereby granted leave to amend its Complaint in this case under Fed. R. Civ. P. 15(a). Any amended answers shall be served and filed within 10 days of the date of this Order.

Dated: September 21, 2000

Raymond L. Erickson
RAYMOND L. ERICKSON
UNITED STATES MAGISTRATE JUDGE

FILED SEP 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________